IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 12-cv-00263-RPM

VIRGINIA HENDRICKS and
JACK HENDRICKS,

      Plaintiffs,

v.

FARMERS INSURANCE EXCHANGE,

      Defendant.

_____

ORDER DENYING MOTION FOR REMAND
_____

Upon consideration of the Plaintiffs' Motion for Remand [6], claiming a lack of showing of the jurisdictional amount under 28 U.S.C. § 1332, it is apparent from the allegations of the complaint and the plaintiffs' counsel's representation to the state court that the jurisdictional amount has been met and it is therefore

ORDERED that the motion to remand is denied.

DATED:   February 14th, 2012

                                      BY THE COURT:
                                      s/Richard P. Matsch
                                      _____
                                      Richard P. Matsch, Senior Judge