## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-00263-RPM

VIRGINIA HENDRICKS and
JACK HENDRICKS, Colorado residents,

    Plaintiffs,
v.

WAL-MART STORES, INC.,

    Defendant.
_____

## ORDER GRANTING MOTION FOR DISMISSAL WITH PREJUDICE
_____

This matter is before the Court on Plaintiffs' Motion for Dismissal with Prejudice. The Court having reviewed the Motion and being fully otherwise apprised in the premises hereby GRANTS Plaintiffs' Motion for Dismissal with Prejudice and ORDERS:

All claims brought or which could have been brought in this action by Plaintiffs against Defendant shall be dismissed WITH PREJUDICE. Each party shall bear their own attorneys' fees and costs.

DATED this 20th day of March, 2013.

                BY THE COURT:

                s/Richard P. Matsch
                _____
                Richard P. Matsch, Senior District Judge